William D. Hyslop
United States Attorney
Eastern District of Washington
Meghan M. McCalla
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 10 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CATALINA OROZCO-ALVAREZ,<br><br>Defendant. | 1:19-CR-2046-SAB<br><br>INDICTMENT<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br>Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(B)(i)<br>Possession with Intent to Distribute 100 Grams or More of Heroin<br>(Count 2)<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(2)<br>Felon in Possession of a Firearm<br>(Count 3)<br><br>21 U.S.C. § 853, 18 U.S.C. § 924, 28 U.S.C. § 2461<br>Forfeiture Allegations |

INDICTMENT                                            1

The Grand Jury charges:

## COUNT 1

On or about June 13, 2019, in the Eastern District of Washington, the Defendant, CATALINA OROZCO-ALVAREZ, did knowingly and intentionally possess with the intent to distribute fifty grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 2

On or about June 13, 2019, in the Eastern District of Washington, the Defendant, CATALINA OROZCO-ALVAREZ, did knowingly and intentionally possess with the intent to distribute one hundred (100) grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(i).

## COUNT 3

On or about June 13, 2019, in the Eastern District of Washington, the Defendant, CATALINA OROZCO-ALVAREZ, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, to wit a Mossberg, model 590, 20 gauge firearm, bearing serial number V0763874, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in Counts 1 and 2 of this Indictment, the Defendant, CATALINA OROZCO-ALVAREZ, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant:
  a.   cannot be located upon the exercise of due diligence;
  b.   has been transferred or sold to, or deposited with, a third party;
  c.   has been placed beyond the jurisdiction of the court;
  d.   has been substantially diminished in value; or
  e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 922(g)(1), as set forth in Count 3 of this Indictment,

INDICTMENT                             3

the Defendant, CATALINA OROZCO-ALVAREZ, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense.

DATED: September 10, 2019

A TRUE BILL

_____
Foreperson

*[signature]*
William D. Hyslop
United States Attorney

*[signature]*
Thomas J. Hanlon
Supervisory Assistant United States Attorney

*[signature]*
Meghan M. McCalla
Assistant United States Attorney

INDICTMENT    4