# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2020

SEAN F. McAVOY, CLERK

U.S.A. vs.       Orozco-Alvarez, Catalina            Docket No.       0980 1:19CR02046-SAB-1

**Petition for No Action on Conditions of Pretrial Release**

    COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Catalina Orozco-Alvarez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 26th day of October 2020, under the following conditions:

<u>**Special Condition #8**</u>: Defendant shall participate in a program of GPS location monitoring. Defendant shall wear at all times, a GPS device under the supervision of United States Probation/Pretrial Services Office. In the event Defendant does not respond to GPS monitoring or cannot be found, the United States Probation/Pretrial services Office shall notify the United States Marshals' Service, who shall immediately find, arrest, and detain Defendant.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>Violation #1</u>: Catalina Orozco-Alvarez is alleged being in violation of her location monitoring program by deviating from her approved leave schedule on November 25, 2020, by traveling to 1409 Fruitvale Boulevard (Mercado Los Amigos grocery store) without permission or approval from the United States Probation Office.

On October 27, 2020, the conditions of pretrial release supervision were reviewed and signed by Ms Orozco-Alvarez.  She acknowledged an understanding of her conditions, which included special condition number 8. On this same date, the location monitoring program rules and expectations were also reviewed and signed by Ms. Orozco-Alvarez acknowledging her understanding of the program.

On November 26, 2020, this officer reviewed Ms. Orozco-Alvarez's daily activity for the prior day via the BI Total Access Program. This officer observed that Ms. Orozco-Alvarez traveled to all her approved locations; however, at 5 p.m. on November 25, 2020, she was observed diverting from her approved locations to 1409 Fruitvale Boulevard for approximately 10 minutes. This officer made contact with Ms. Orozco-Alvarez who advised her cousin was picking her up from her appointment and needed to stop at the grocery store on the way home. This officer reminded Ms. Orozco-Alvarez that unless approved, she cannot deviate from her approved schedule. Ms. Orozco-Alvarez advised that her cousin did not know the rules. This officer reminded Ms. Orozco-Alvarez that it is her responsibility to inform any person she is traveling with of her requirements and restrictions while on GPS (Global Positioning Satellite) monitoring. Ms. Orozco-Alvarez acknowledged the importance of her location monitoring restrictions. She shared she  understands the consequences if she continues to deviate from her approved schedule. Ms. Orozco-Alvarez told this officer "it will not happen again."

**Re: Orozco-Alvarez, Catalina**
**December 1, 2020**
**Page 2**

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   December 1, 2020 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

12/1/2020

Date