PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2021

SEAN F. McAVOY, CLERK

# United States District Court

## Eastern District of Washington

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| **Catalina Orozco-Alvarez** ) | Case No. 1:19-cr-02046-SAB-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Catalina Orozco-Alvarez, have discussed with Linda Leavitt, United States Probation Officer and my attorney, Rick Hernandez, modification of my release as follows:

**Removal of the following special conditions:**

Special Condition #8: Defendant shall participate in a program of GPS location monitoring. Defendant shall wear at all times, a GPS device under the supervision of United States Probation/Pretrial Services Office. In the event Defendant does not respond to GPS monitoring or cannot be found, the United States Probation/Pretrial Services Office shall notify the United States Marshals' Service, who shall immediately find, arrest, and detain Defendant. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

Special Condition #10: Defendant shall be restricted at all times, to Defendant's residence except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the United States Probation/Pretrial Services Office or Defendant's supervising officer, including but not limited to employment, religious services, and medical necessities.

The Assistant United States Attorney Michael Murphy was contacted on January 20, 2020; he does not object to the modification request.

I consent to this modification of my release conditions and agree to abide by this modification.

| _[signature]_ 1/21/21 | _[signature]_ 1/21/2021 |
|---|---|
| Signature of Defendant    Date | Pretrial Services/Probation Officer    Date |
| Catalina Orozco-Alvarez | Linda Leavitt |


I have reviewed the conditions with my client and concur that this modification is appropriate.

/s/ Rick Hernandez                    1-21-21
Signature of Defense Counsel          Date

Rick Hernandez

 

1/25/2021

[X]   The above modification of conditions of release is ordered, to be effective on _____.

[ ]   The above modification of conditions of release is not ordered.

M. K. Dimke                           1/25/2021
Signature of Judicial Officer         Date

Mary K. Dimke