UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Orozco-Alvarez, Catalina | Docket No. | 0980 1:19CR02046-SAB-1 |

**Petition for No Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Catalina Orozco-Alvarez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 26th day of October 2020, under the following conditions:

**Standard Condition #9**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Catalina Orozco-Alvarez is alleged being in violation of pretrial release by consuming a controlled substance, methamphetamine, between September 12 and 15, 2021.

On October 27, 2020, the conditions of pretrial release supervision were reviewed and signed by Ms. Orozco-Alvarez. She acknowledged an understanding of her conditions, which included standard condition number 9, as noted above.

On September 15, 2021, this officer received notice, via email from Merit Resource Services (Merit), that Ms. Orozco-Alvarez missed her random color line drug test on September 14, 2021. On September 15, 2021, this officer made telephone contact with Ms. Orozco-Alvarez and directed her to report to Merit before the close of business on September 15, 2021, to submit a makeup drug test. On September 15, 2021, this officer received a telephone call from the Merit drug testing technician advising Ms. Orozco-Alvarez had submitted a presumptive positive drug test for methamphetamine and marijuana. The drug testing technician also shared Ms. Orozco-Alvarez admitted to using methamphetamine, but denied using marijuana. Ms. Orozco-Alvarez then sent a text message to ths officer confirming the positive drug test and admitting she relapsed.

Ms. Orozco-Alvarez' urine sample was sent to Alere Laboratory (Alere) for testing on September 15, 2021. Results were received on October 1, 2021, confirming a positive reading for methamphetamine and a negative reading for marijuana.

On September 16, 2021, this officer conducted a home visit at Ms. Orozco-Alvarez' residence. Ms. Orozco-Alvarez admitted she had consumed methamphetamine beginning September 12, 2021, with her last use being on September 15, 2021. Ms. Orozco-Alvarez shared she was terminated from her job with Del Monte in Yakima, Washington, and the situation surrounding her dismissal "stressed her out." Ms. Orozco-Alvarez shared she allowed herself to enter the mind set of "screw it" and she then "made the decision to use." Ms. Orozco-Alvarez admitted she had been consuming controlled substances for several days, with her last use being the morning of September 15, 2021.

Ms. Orozco-Alvarez acknowledged the importance of staying clean and sober. This officer spent a great deal of time with Ms. Orozco-Alvarez on September 16, 2021, discussing her decision making and what led to her relapse. She shared she understands the consequences if she continues to use drugs. Ms. Orozco-Alvarez told this officer "it will not happen again, I have too much to lose."

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: October 4, 2021 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer
10/6/2021
Date