PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2022

SEAN F. McAVOY, CLERK

U.S.A. vs.        Orozco-Alvarez, Catalina        Docket No.        0980 1:19CR02046-SAB-1

**Petition for No Action on Conditions of Pretrial Release**

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Catalina Orozco-Alvarez, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the Court at Yakima, Washington, on the 26th day of October 2020, under the following conditions:

**Standard Condition #9**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #5:** Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Catalina Orozco-Alvarez is alleged being in violation of pretrial release by consuming a controlled substance, methamphetamine, between February 11, and 19, 2022.

On October 27, 2020, the conditions of pretrial release supervision were reviewed and signed by Ms. Orozco-Alvarez, acknowledging  an understanding of her conditions.

On February 16, 2022, Ms. Orozco-Alvarez reported to the probation office as directed. A drug test was collected and tested presumptive positive for methamphetamine. The sample was sealed in front of the defendant and sent to Abbott Laboratory for confirmation. Results were received February 28, 2022, confirming a positive reading for methamphetamine.

On February 22, 2022, Ms. Orozco-Alvarez reported to the probation office as directed. A drug test was collected and tested presumptive positive for methamphetamine. The sample was sealed in front of the defendant and sent to Abbott Laboratory for confirmation. Results were received March 1, 2022, confirming a positive reading for methamphetamine

On March 2, 2022, Ms. Orozco-Alvarez reported to the probation office as directed by this officer. Ms. Orozco-Alvarez admitted to consuming methamphetamine as noted above.

Violation #2: Catalina Orozco-Alvarez is alleged to be in violation of pretrial release by consuming alcohol on February 24, 2022.

On October 27, 2020, the conditions of pretrial release supervision were reviewed and signed by Ms. Orozco-Alvarez, acknowledging  an understanding of her conditions.

On February 28, 2022, this officer was contacted via telephone by Ms. Orozco-Alvarez' counselor at Merit Resource Services (Merit),  advising Ms. Orozco-Alvarez submitted a random drug test at their office which tested positive for alcohol. Per the treatment counselor, Ms. Orozco-Alvarez admitted she consumed alcohol on February 24, 2022.

**PS-8**

**Re: Orozco-Alvarez, Catalina**
**March 11, 2022**
**Page 2**

On March 2, 2022, Ms. Orozco-Alvarez reported to the probation office as directed by this officer. Ms. Orozco-Alvarez admitted to relapsing on methamphetamine and alcohol. She apologized for being dishonest and shared she has agreed to enter into a long-term inpatient treatment at Key Recovery in Seattle, Washington. This officer made telephone contact with her treatment counselor at Merit, and confirmed this information. According to her treatment counselor, Ms. Orozco-Alvarez has been scheduled for admittance on March 17, 2022. Ms. Orozco-Alvarez shared she is looking forward to entering the program. Per her treatment counselor, Ms. Orozco-Alvarez will be engaged in the program for up to 12 months.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    03/11/2022

by    s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ X ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the
case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

3/11/2022