# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 03, 2025

SEAN F. McAVOY, CLERK

ECF No 130

| | | | |
|---|---|---|---|
| U.S.A. vs. | Orozco-Alvarez, Catalina | Docket No. | 0980 1:19CR02046-SAB-1 |

**Petition for No Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Catalina Orozco-Alvarez, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the Court at Yakima, Washington, on the 26th day of October 2020, under the following conditions:

**Standard Condition #1**: Defendant shall not commit any offense in violation of federal, state or local law.

**Special Condition #1**: Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 27, 2020, the conditions of pretrial release supervision were reviewed and signed by Ms. Orozco-Alvarez, acknowledging an understanding of her conditions. Ms. Orozco-Alvarez is being supervised in the Western District of Washington.

**Violation #1**: Catalina Orozco-Alvarez is alleged to be in violation of pretrial release by failing to obey all laws based on being charged with driving under the influence (case number 25-111887) in Yakima, Washington, on November 30, 2025.

On December 2, 2025, this officer received an email with a Washington State Patrol incident report attached from supervising Probation Officer Wageman in the Western District of Washington. She advised Ms. Orozco-Alvarez was approved to be in Yakima for Thanksgiving; however, she was arrested on November 30, 2025, for driving under the influence (case number 25-111887).

According to the narrative, on November 30, 2025, two Washington State Patrol troopers observed a vehicle traveling on I-82 eastbound near the Valley Mall Boulevard ramp. Troopers observed the vehicle's tires on the right shoulder and swaying toward the left lane touching the dashed center line. As troopers followed the vehicle, near milepost 37, they observed the vehicle cross at least a tire's width onto the right shoulder. It then swayed over toward the left lane, touching the dashed line. The vehicle was traveling at approximately 60 miles per hour before it exited onto southbound State Route 97. According to the report, the trooper observed that the vehicle started to pull away from him and appeared unsteady within its lane. As they continued to travel southbound, the vehicle braked hard, so it was traveling closer to the 55 mile-per-hour speed limit. Per the troopers, they observed it was continuing to display lane travel, crossing out of its lane. As the vehicle navigated a roundabout, troopers observed it was well above the posted 20 mile-per-hour speed limit and crossed out of the left lane multiple times. It then heavily accelerated before moving into the right lane.

A traffic stop was initiated, and troopers smelled a strong odor of intoxicants coming from the vehicle. The driver was identified as Ms. Orozco-Alvarez and she was the sole occupant and the registered owner. The troopers noted they observed her speech was slurred. According to the report, Ms. Orozco-Alvarez stated she did not have any alcohol to drink but was coming from Yakima, after hanging out with some friends. She was going to her brother's residence off West Wapato Road, but could not recall the specific address. Ms. Orozco-Alvarez was asked to exit her vehicle. Per the report, she agreed to perform voluntary field sobriety tests. During the tests, her eyes were observed as bloodshot and watery. She also had a strong odor of intoxicants on her person. She did not pass the field sobriety tests and was placed under arrest for driving under the influence. Per the report, when asked to provide a breath sample, she advised she would not.

Troopers waited for Ms. Orozco-Alvarez's brother to arrive, and her vehicle was released to him. Ms. Orozco-Alvarez was transported to the Yakima County Jail. While in the booking area, she consented to a breath test. Ms. Orozco-Alvarez provided two valid breath samples for the Blood Alcohol Content (BAC): the first was .082/0.81 and the second was .081/.081.

Ms. Orozco-Alvarez was provided with a copy of the BAC results, the Department of Licensing hearing form, and a citation for driving while intoxicated. She was then booked into the Yakima County Jail for driving under the influence (DUI).

**Violation #2**: Catalina Orozco-Alvarez is alleged to be in violation of pretrial release by consuming alcohol on or before November 30, 2025.

See violation number 1 narrative.

PRAYING THAT THE COURT WILL ORDER A SUMMONS AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 12/02/2025

by s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

12/3/2025
Date